Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308
*Attorneys for Plaintiff* JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No.: 5:20-cv-01872-DSF-SP |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| GREG R. VELASQUEZ and CYNTHIA L. VELASQUEZ, individually and as trustees of the C & G VELASQUEZ FAMILY TRUST UDT DATED 10/19/05; EDWARD E. COLSON, III and KAREN JEANNE COLSON, individually and as trustees of the COLSON FAMILY TRUST, DATED 03/01/07; DENNIS R. SCIOTTO and CAROL ANN SCIOTTO, individually and as trustees of THE DENNIS R. SCIOTTO & CAROL ANN SCIOTTO COMMUNITY PROPERTY TRUST, DATED 01/09/02; JERRY A. ROSENBLUM and CHERYL ROSENBLUM, individually and as trustees of the 2002 JERRY A. ROSENBLUM AND CHERYL ROSENBLUM REVOCABLE TRUST, DATED 10/22/02; and DOES 1-10, inclusive, | Complaint Filed: September 11, 2020<br>Trial Date: None |
| Defendants. | |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Rutherford ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : December 28, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

1
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE